UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, MARY DOE, and JAMES DOE,<br><br>Plaintiffs,<br><br>v.<br><br>TRUSTEES OF BOSTON COLLEGE, PAUL J. CHEBATOR, CAROLE HUGHES, CATHERINE-MARY RIVERA, PATRICK J. KEATING, and BARBARA JONES,<br><br>Defendants. | Case No. _____ |

## PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER

Plaintiffs John Doe, Mary Doe, and James Doe move the Court for the entry of (1) an order granting plaintiffs leave to proceed under pseudonyms; and (2) a protective order prohibiting (a) defendants from disclosing, at any time, the identity of any plaintiff to any third party other than may be necessary to defend against this action; and (b) such informed third parties from disclosing the identity of any plaintiff.  Should the motion be granted, plaintiffs will inform the Court of their actual names in a paper to be filed under seal or by other mechanism chosen by the Court.

Because defendants have not yet been served with the complaint, the conference required by Local Rule 7.1(a)(2) could not be held.

Respectfully submitted,

John Doe, Mary Doe, and James Doe

By their attorneys,

DLA PIPER LLP (US)

/s/ Matthew J. Iverson
Matthew J. Iverson (BBO # 653880)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
(617) 406-6100 (fax)
matthew.iverson@dlapiper.com

Charles B. Wayne
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com