UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, MARY DOE, and JAMES DOE, <br><br> Plaintiffs, <br><br> v. <br><br> TRUSTEES OF BOSTON COLLEGE, PAUL J. CHEBATOR, CAROLE HUGHES, CATHERINE-MARY RIVERA, PATRICK J. KEATING, and BARBARA JONES, <br><br> Defendants. | Case No. 15-10790-DJC |

## ORDER

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and for Protective Order (Doc. 2), and it appearing that defendants have assented to the motion, it is ORDERED:

1. Plaintiffs' motion to proceed under pseudonyms is granted, and plaintiffs shall be permitted to use pseudonyms for the duration of this action.

2. Plaintiffs' motion for a protective order to prohibit disclosure of plaintiffs' identities is granted. Defendants and their respective agents shall not identify any plaintiff to any third party other than as may be necessary to defend against this action. Such informed parties shall be provided a copy of this Order and shall not identify any plaintiff other than as may be necessary with respect to this action.

SO ORDERED this 22nd day of ~~April~~ June, 2015.

/s/ Denise J. Casper
Denise J. Casper
United States District Judge