UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>TRUSTEES OF BOSTON COLLEGE, *et al.*,<br><br>       Defendants. | Civil Action No. 15-10790-DJC |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION CONCERNING OTHER SEXUAL ASSAULT DISCIPLINARY PROCEEDINGS

Plaintiffs John Doe, *et al.*, pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1, move the Court for an order compelling defendants to produce documents and information concerning other sexual assault disciplinary proceedings at the defendant University. The grounds for the motion are fully set forth in the accompanying memorandum.

Respectfully submitted,

John Doe, Mary Doe, and James Doe

By their attorneys,

DLA PIPER LLP (US)

/s/ Matthew J. Iverson
Matthew J. Iverson (BBO # 653880)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
(617) 406-6100 (fax)
matthew.iverson@dlapiper.com

/s/ Charles B. Wayne
Charles B. Wayne (*pro hac vice*)
500 8th Street, N.W.
Washington, D.C.  20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the provisions of Local Rule 37.1.

/s/ Charles B. Wayne
Charles B. Wayne

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2015, a copy of the foregoing was served by electronic mail using the CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/ Charles B. Wayne
Charles B. Wayne