# EXHIBIT 19

Boston College
Office of the Dean of Students
Student Conduct System

## CONDUCT BOARD PROCEDURE

Please read the following information carefully, as it delineates both the procedures followed in a judicial board hearing and your rights and responsibilities while in front of a hearing board. Further, more detailed information may be obtained by referring to the Student Guide's section on "Student Conduct System" or by contacting the Office of the Dean of Students.

### Hearing Procedures

1. The accused student will be sent written notification a minimum of 72 hours in advance, indicating referral to appropriate board, time and location of hearing, the names of all parties charged, alleged violations and the name(s) of complainant(s).

2. The complainant and the accused student may be advised at the hearing by a person of their choosing. Only, however, in instances where the accused student has been arrested or has had a criminal complaint filed against him or her, may an attorney be present and serve as an advisor to either party. In cases where attorneys are allowed as advisors, the University reserves the right to have an attorney present to advise the hearing board. The advisor will not be able to address the board or act in any adversarial capacity at the hearing. The student and his/her advisor can confer at any point during the meeting and can ask procedural questions of the chairperson. The advisor can request a caucus with the chairperson or the person being advised during the meeting as well. If either the aggrieved party or the accused student wishes to be assisted by an advisor, he/she must inform the Office of the Dean of Students a minimum of 48 hours prior to the hearing or include this information with an appeal. The UGBC Student Rights Committee has trained advisors available to assist accused students.

3. Both the complainant and the accused are entitled to bring witnesses to the hearing. These witnesses should be able to speak to the facts of the incident which they have witnessed. In general, character witnesses are not allowed to testify at judicial hearings; written character references may be submitted to the board. It is the responsibility to each party to notify their own witnesses of the date, time, and location of the hearing. The Dean's Office **does not** notify witnesses and **does not** have subpoena power over them.

4. If the complainant or accused student has substantive evidence as to why a specific person should not be a part of the group hearing the case, either of these parties will be given an opportunity to present this information to the chairperson of the board at the start of the hearing. If the chairperson deems that there is substantive evidence, the board member in question will be excused and another board member, if available, will be substituted. The decision of the chairperson is final.

5. The chairperson will introduce the complaint by reading the official charges as determined by the Office of the Dean of Students . The complainant will then have an opportunity to read his/her incident report to the board and to elaborate on it. The accused will then have an opportunity to make a full and accountable response to the complainant. The accused may elect to remain silent, if he/she so chooses.

6. The board members may question both the complainant and the accused on all matters relevant to the complaint.

BC00174

7.  The accused and complainant will be given an opportunity to ask questions of the other party and respective witnesses.  All questions, however, must be directed to and through the chairperson.

8.  Witnesses, upon request of either complainant or accused, will make a presentation concerning those facts that they are witness to, relevant to the complaint, and will then answer questions posed by the board and by the adversarial parties.

9.  Both the complainant and the accused are then given an opportunity to make a final statement to the hearing board.  The Chair may elect to give each party a few minutes to prepare these closing statements.

10.  The Board will meet in private to determine whether the accused is responsible or not for the charge(s), and, if responsible, to decide upon appropriate sanctions to recommend to the Dean.

11.  The accused student will be sent written notification of any decisions and/or sanctions reached as a result of a hearing within five business days of the conclusion of the hearing.  In certain instances, complainants will also be send notification of the hearing results.

12.  Membership Conduct Boards:

   a)  **Student Conduct Board**
       -Five students
       -One chairperson
   b)  **Administrative Hearing Board**
       -Three administrators, one faculty member or academic administrator, and one student member appointed by the Dean for Student Development
   c)  **Appeals Board**
       -Dean of Students or designee
       -Director of Housing or designee
       -One administrator appointed by the Vice President for Student Affairs

## Appeal

Appeals, by either party, may only be based on demonstrated lack of fairness in the hearing of the case and/or on significant new evidence.  Appeal requests must be submitted to the offices specified in the "Appeal" section of the Student Guide within five business days of the conclusion of the hearing.  Severity of a sanction is not grounds for an appeal.

An appeal must be in written form and contain the following information:

   a) The name, address and telephone number of the accused student.
   b) A clear statement explaining the nature and circumstances of the appeal citing
      the new evidence and/or the explanation, with the specifics, of the alleged
      lack of due process.
   c) The names, addresses and telephone numbers of new witness(es), if any.

Cases in which the appeal has been granted will receive a "trial de novo" before the Appeals Board or be referred back to the board which heard the original case.

*NOTE: Boston College reserves the right to amend the above procedures as necessary.*