UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> TRUSTEES OF BOSTON COLLEGE, *et al.*, <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 15-10790-DJC <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT PROPOSED PRETRIAL AND TRIAL SCHEDULE
PURSUANT TO COURT'S SEPTEMBER 28, 2018 ORDER**

Pursuant to the Court's September 28, 2018 order (Dkt. 105), counsel for the respective parties have conferred and propose the following pretrial and trial schedule:

1. After consultation with the Courtroom Clerk, counsel understand that (a) trial shall begin on April 22, 2019; and (b) the Court's daily trial schedule is 9:00 a.m. to 1:00 p.m., Monday through Friday. Under this schedule, counsel estimate that this trial will require 7-10 trial days, depending on the rulings on pretrial motions.

2. The parties have significant differences relating to the scope of the trial and the evidence that may be introduced at trial, including, but not limited to, (a) the fact witness testimony that may be introduced on liability; (b) whether plaintiffs will be permitted to introduce expert testimony on liability; and (c) the available categories of damages. The parties believe that early resolution of these core issues is in the interest of judicial economy and will substantially benefit both the Court and the parties. The proposed schedule below provides for briefing of these core issues in February 2019, and a hearing on March 7, 2019, with the hope that these core issues can be resolved on that day or shortly thereafter, approximately six weeks in advance of the

April 22, 2019 trial date. The schedule also provides for the briefing of additional pretrial motions closer to the trial date and argument on those motions at an April 8, 2019 final pretrial conference.

3. Counsel propose the following pretrial schedule:

| | |
|---|---|
| November 30, 2018 | deadline for plaintiffs to disclose their substitute expert witness and serve supplemental expert reports, if any |
| December 31, 2018 | deadline for defendants to serve supplemental expert reports, if any |
| February 15, 2019 | deadline for plaintiffs to file their memorandum relating to scope-of-trial issues |
| February 25, 2019 | deadline for defendants to file their memorandum relating to scope-of-trial issues |
| February 28, 2019 | deadline for completing expert depositions |
| March 7, 2019 | hearing on scope-of-trial issues |
| March 15, 2019 | deadline for filing additional pretrial motions |
| March 25, 2019 | deadline for filing oppositions to additional pretrial motions |
| April 8, 2019 | final pretrial conference in accordance with Local Rule 16.5 and oral argument on any remaining pretrial motions |

Trustees of Boston College, Paul J. Chebator, Carole Hughes, Catherine-Mary Rivera, Patrick J. Keating, and Barbara Jones

By their attorneys,

/s/ Daryl J. Lapp
Daryl J. Lapp, BBO No. 554980
Elizabeth H. Kelly, BBO No. 672277
Katherine A. Guarino, BBO No. 681848
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
(617) 230-0100
daryl.lapp@lockelord.com
liz.kelly@lockelord.com
katherine.guarino@lockelord.com

Respectfully submitted,

John Doe, Mary Doe, and James Doe

By their attorneys,

DLA PIPER LLP (US)

/s/ Matthew J. Iverson
Matthew J. Iverson (BBO # 653880)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
(617) 406-6100 (fax)
matthew.iverson@dlapiper.com

/s/ Charles B. Wayne
Charles B. Wayne (*pro hac vice*)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of October, 2018, a copy of the foregoing was served by electronic mail using the CM/ECF System, which will then send notification of such filing to all counsel of record.

                                                    /s/ Charles B. Wayne
                                                    Charles B. Wayne