UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

    Plaintiff

v.

TRUSTEES OF BOSTON COLLEGE,

    Defendant

Civil Action No. 15-10790-DJC

**JOINT MOTION FOR APPROVAL OF
STIPULATION AND PROPOSED ORDER**

The plaintiff John Doe and defendant Trustees of Boston College request that the Court approve the attached Stipulation and Proposed Order.

| Trustees of Boston College, | John Doe, |
|---|---|
| /s/ Elizabeth H. Kelly<br>Daryl J. Lapp, BBO No. 554980<br>Elizabeth H. Kelly, BBO No. 672277<br>Locke Lord LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 230-0100<br>daryl.lapp@lockelord.com<br>liz.kelly@lockelord.com | /s/ Matthew J. Iverson<br>Matthew J. Iverson (BBO # 653880)<br>DLA Piper<br>33 Arch Street, 26th Floor<br>Boston, MA 02110<br>(617) 406-6000<br>(617) 406-6100 (fax)<br>matthew.iverson@dlapiper.com<br><br>/s/ Charles B. Wayne<br>Charles B. Wayne (*pro hac vice*)<br>DLA Piper<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>(202) 799-4253<br>(202) 799-5253 (fax)<br>charles.wayne@dlapiper.com |

**Certificate of Service**

    This document was served electronically upon all counsel of record by filing through the ECF system on this 28th day of March 2019.

                                                        /s/ Elizabeth H. Kelly
                                                        Elizabeth H. Kelly