UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

      Plaintiff

      v.

TRUSTEES OF BOSTON COLLEGE,

      Defendant

Civil Action No. 15-10790-DJC

## STIPULATION AND [PROPOSED] ORDER

Plaintiff John Doe and defendant Trustees of Boston College stipulate as follows:

1.      Defendant takes the position that the charitable organization damages cap, M.G.L. c. 231, § 85K, applies to any damages that the jury may award in connection with or arising from any emotional harm to plaintiff arising from the conduct proceedings at issue, in the event plaintiff is permitted to seek such damages at trial.  Plaintiff takes the position that the damages cap does not apply.

2.      The parties agree that, if necessary, the Court should determine the applicability of the damages cap in a post-trial proceeding after full opportunity for briefing of the issue.

3.      In order to avoid the need for defendant to establish at trial that defendant is an organization that may be eligible for the application of the damages cap, plaintiff stipulates that defendant is a non-profit, charitable organization.

4.      Apart from this stipulation of fact, plaintiff reserves all his rights and maintains that the claims to be decided by the jury and any damages award are not subject to the M.G.L. c. 231, § 85K damages cap as a matter of law.  Defendant reserves all its rights and maintains the contrary position.

Trustees of Boston College,

By their attorneys,

/s/ Daryl J. Lapp
Daryl J. Lapp, BBO No. 554980
Elizabeth H. Kelly, BBO No. 672277
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
(617) 230-0100
daryl.lapp@lockelord.com
liz.kelly@lockelord.com

John Doe,

By his attorneys,

DLA PIPER LLP (US)

/s/ Matthew J. Iverson
Matthew J. Iverson (BBO # 653880)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
(617) 406-6100 (fax)
matthew.iverson@dlapiper.com

/s/ Charles B. Wayne
Charles B. Wayne (*pro hac vice*)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com

SO ORDERED this 5th day of April, 2019.

Dennis J. Casper
United States District Court Judge