DEFENDANT'S ADDITIONAL EXHIBIT LIST – *Doe v. Boston College*, 1:15-cv-10790-DJC

The following are exhibits Defendant may offer at trial if the need arises.  Plaintiff does not dispute these exhibits.

| Trial Ex. No. | BC Ex. No. | Document Description | Bates Range | Dep. Ex. No. |
|---|---|---|---|---|
| | C | 2018 Resume of John Doe | P00905 | 272* |
| | D | Medical Notes from Dr. Bain | P001095 | 262* |
| | F | Nov. 7, 2012 Email from C. Hughes to J. Doe re Doe's claim another student is responsible | BC01046 | 66* |
| | G | Nov. 7, 2012 Email from C. Hughes to J. Herlihy and C. Davis re attempt to meet with J. Doe re other student | P000155 | 67* |
| | H | Nov. 9, 2012 Email from C. Hughes to J.K. re appearing as witness | BC00298 | 85* |
| | I | Nov. 9, 2012 Email from C. Hughes to Betsy re appearing as witness | BC00299 | 84* |

* Redacted for pseudonyms