UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff<br><br>　　　v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)　　Civil Action No. 15-10790-DJC<br>)<br>)<br>)<br>)<br>) |

## JOINT PROPOSED TRIAL SCHEDULE
## PURSUANT TO COURT'S APRIL 17, 2019 ORDER

Pursuant to the Court's April 17, 2019 order (Dkt. 161), counsel for the parties have conferred about a new trial date and have consulted the Courtroom Clerk. The parties respectfully request that trial begin on September 16, 2019 and continue into the week of September 23, 2019 as necessary.

| Trustees of Boston College, | John Doe, |
|---|---|
| LOCKE LORD LLP | DLA PIPER LLP (US) |
| /s/ Daryl J. Lapp<br>Daryl J. Lapp, BBO No. 554980<br>Elizabeth H. Kelly, BBO No. 672277<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 230-0100<br>daryl.lapp@lockelord.com<br>liz.kelly@lockelord.com<br>katherine.guarino@lockelord.com | /s/ Matthew J. Iverson<br>Matthew J. Iverson (BBO # 653880)<br>33 Arch Street, 26th Floor<br>Boston, MA 02110<br>(617) 406-6000<br>(617) 406-6100 (fax)<br>matthew.iverson@dlapiper.com<br><br>/s/ Charles B. Wayne<br>Charles B. Wayne (*pro hac vice*)<br>Brian J. Young (*pro hac vice*)<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>(202) 799-4253<br>(202) 799-5253 (fax)<br>charles.wayne@dlapiper.com<br>brian.young@dlapiper.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of April, 2019, a copy of the foregoing was served by electronic mail using the CM/ECF System, which will then send notification of such filing to all counsel of record.

      /s/ Brian J. Young
      Brian J. Young