UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

        Plaintiff,

v.

TRUSTEES OF BOSTON COLLEGE,

        Defendant.

Civil Action No. 15-10790-DJC

### VERDICT FORM

We, the jury, find:

Question 1: Has Plaintiff John Doe proved by a preponderance of the evidence that Defendant Boston College's "at ease" and/or "no finding" communications with the Hearing Board occurred and breached its contract with John Doe to provide basic fairness?

        Yes  **X**          No  _____

*If you answered this question "yes," please proceed to Question 2. If you answered this question "no," please skip the remaining questions and have your foreperson sign and date this form.*

Question 2: Has Plaintiff John Doe proved by a preponderance of the evidence that Defendant Boston College's breach of contract by such interference caused the Hearing Board to find him responsible?

        Yes  **X**          No  _____

*If you answered this question "yes," please proceed to Question 3. If you answered this question "no," please skip the remaining questions and have your foreperson sign and date this form.*

1

Question 3: If you answered yes to Questions 1 and 2, do you further find that Plaintiff John Doe has shown by a preponderance of the evidence that he is entitled to damages as a result of Defendant Boston College's breach of contract?

Yes __X__        No _____

*If you answered this question "yes," please proceed to Question 4. If you answered this question "no," please skip the remaining questions and have your foreperson sign and date this form.*

Question 4: As a result of Defendant Boston College's breach of contract, what, if any, damages do you award Plaintiff John Doe?

| (in words) | (in figures) | |
|---|---|---|
| SEMESTER OF INCIDENT | $ 24,819.50 | Lost tuition and fees |
| 1 YEAR SET BACK | $ 77,607 | Lost income |
| N/A | $ 0.00 | Diminished earning capacity |

The undersigned foreperson of the jury hereby certifies that all members of the jury agree to the above findings.

9-23-19
DATE

_W. Jahn_ (signature)
FOREPERSON'S SIGNATURE

2