UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>   Defendants. | Civil Action No. 15-cv-10790 |

## JUDGMENT

In accordance with the Jury Verdict, D. 184, and the Order that the Court enters today, D. 200, the Court enters judgment in this matter as follows:

1. Defendant Boston College shall expunge the finding of responsible in the 2012 disciplinary proceeding and expunge the suspension on these grounds from the educational records of Plaintiff John Doe. This provision shall be stayed pending the resolution of Boston College's post-judgment motions.

2. Defendant Boston College shall answer any third-party inquiry as to Doe's disciplinary history at Boston College in the negative.

3. Prejudgment interest on the $24,819.50 in lost tuition and fees awarded by the jury, D. 184, shall accrue at the rate of 12 percent per annum from March 11, 2015 to the date of judgment;

4. Postjudgment interest shall accrue at the statutory rate provided in 28 U.S.C. § 1961 from the date of judgment on both the $24,819.50 in lost tuition and fees and the $77,607 in lost income awarded by the jury. D. 184.

**So Ordered** this 14th day of May 2020.

                /s/ Denise J. Casper
                United States District Judge